NEW YORK TITLE INSURANCE COMPANY, Respondent, v. LOUISE GERDES, Appellant, and "JOHN" GERDES, etc., Defendant.— The motion is referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. Motion for reargument denied. Motion for resettlement of order denied. The decision of this court handed down on September 28, 1936 [248 App. Div. 833], is hereby amended to read as follows: In an action to foreclose a mortgage, judgment of foreclosure and sale and dismissing the appellant's counterclaim or offset of certain mortgage certificates held by her affirmed, with costs. No opinion. Lazansky, P. J., Carswell and Taylor, JJ., concur; Young and Johnston, JJ., dissent and vote for reversal and the direction of judgment for the appellant, allowing her counterclaim as an offset to the extent of the amount due on the bond and mortgage in question and dismissing the complaint, being of opinion that the appellant is entitled, under section 420 of the Insurance Law, to offset her claim upon the mortgage certificates held by her against the amount due on the mortgage.

JOHN F. PITZ, SR., Respondent, v. JAMES J. MUNRO, as Receiver for the RICHMOND NATIONAL BANK OF NEW YORK, Appellant, and JOHN F. PITZ, JR., Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN COLMER, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN SUGAR REFINING COMPANY and BROOKLYN COOPERAGE COMPANY, Respondents, v. JAMES J. SEXTON and Others, Constituting the BOARD OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, Appellants. (Taxes 1933.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE AMERICAN SUGAR REFINING COMPANY and BROOKLYN COOPERAGE COMPANY, Respondents, v. WILLIAM STANLEY MILLER and Others, Constituting the BOARD OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK, Appellants. Taxes 1934. Taxes 1935. Motions for reargument denied, without costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. FERRIS, Respondent, v. WILLIAM J. AGOSTINELLI and ROBERT P. VIGNOLA, Defendants; ANTHONY J. MERCURIO, Appellant.— The motion is referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ. The motion for reargument is denied. This court has not decided that appellant Mercurio is entitled to the office. Present — Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ.

DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder and All Other Stockholders of MARINE TRANSIT CORPORATION, etc., Appellant, v. JOHN D. SCHOONMAKER, JR., and Others, Respondents. (Action No. 2.) — Motion for reargument of the appeal denied, without costs. In view of the decision of the motion for reargument decided herewith, the motion of The Legal Aid Society for leave to file a brief as *amicus curiæ* upon the reargument is dismissed. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.